THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WILKES, Appellant.—

Hopkins, Acting P. J., Munder, Christ, Brennan and Benjamin, JJ., concur.